193 P.2d 744]

[L. A. No. 19696.   In Bank.   May 18, 1948.]

EDYTHE G. DAVIS, Appellant, v. BENNY CARTER et al.,
   Respondents; and other cases.   (L. A. Nos. 19697, 19783,
   19759.)

Lecompte Davis, Alfred F. MacDonald, John F. Poole, E. H.
Stayton, Joseph P. Guerin and Kenneth W. Kearney for Ap-
pellants.

Robert W. Kenny Attorney General, Clarence A. Linn, As-
sistant Attorney General, and D. O. McGovney, as Amici
Curiae on behalf of Appellants.

Hugh E. Macbeth, Eva M. Mack, Hugh E. Macbeth, Jr.,
Loren Miller, Harold J. Sinclair, Pacht, Pelton, Warne, Ross
& Bernhard, George E. Cryer and R. Alston Jones for Re-
spondents.

THE COURT.—These cases, like *Cumings* v. *Hokr, ante,*
p. 844 [193 P.2d 742], *Cassell* v. *Hickerson, ante,* p. 869
[193 P.2d 743], and *In re Laws, ante,* p. 846 [193 P.2d
744], this day filed, involve the legality and enforceability
of privately imposed restrictions against occupation of certain
lots of land by persons other than those of the Caucasian race.
Upon the authority of *Shelley* v. *Kraemer* and *McGhee* v.
*Sipes,* May 3, 1948, 334 U.S. 1 [68 S.Ct. 836, 92 L.Ed.
——, 16 Law Week 4426] (see also *Hurd* v. *Hodge,* May 3,
1948, 334 U.S. 24 [68 S.Ct. 847, 92 L.Ed. ——, 16 Law Week
4432]), holding that such restrictions cannot be enforced
through court action, the judgment of the trial court refusing
to enforce the restrictions is in each case affirmed.